# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 4:22-CR-00092 |
| v. | (Chief Judge Brann) |
| ALAN DORSEY, | |
| Defendant. | |

## ORDER

### AUGUST 29, 2023

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that each of Dorsey's motion to suppress (Doc. 33), motion to compel disclosure of the Government's confidential informant (Doc. 35), and motion to sever the indictment (Doc. 37) are **DENIED**.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge